IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01942-CMA-MEH

MARON NEFF,

      Plaintiff,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, a Connecticut foreign corporation, and
COMPUTER SCIENCES CORPORATION LONG TERM DISABILITY PLAN, an ERISA welfare benefit plan,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2010.**

      Upon notice of the settlement of this matter, the Plaintiff's Motion to Determine Standard of Review to be Applied in this ERISA-Governed Action [filed November 30, 2009; docket #14] is **denied as moot**. The Court orders the parties to file dismissal papers with the Court on or before February 1, 2010.